■ In the Matter of ROBERT A. HANINGTON, Appellant-Respondent, et al., Respondents, v FRANK COVENEY et al., Respondents, and JOHN GALLAGHER, Respondent-Appellant. — In a proceeding to validate a petition nominating Robert A. Hanington as a candidate of the Sewer Tax Opposition Party for the public office of Superintendent of Highways of the Town of Babylon in the general election to be held on November 8, 1983, Hanington and John Gallagher cross-appeal from a judgment of the Supreme Court, Suffolk County (Underwood, J.), dated October 20, 1983, which granted Gallagher's motion to dismiss the petition for failure to join necessary parties. Appeal by Gallagher dismissed, without costs or disbursements. Gallagher is not aggrieved by the judgment under review (CPLR 5511). On appeal by Hanington, judgment affirmed, without costs or disbursements. (See *Matter of Hanington v Coveney,* 97 AD2d 527.) Weinstein, J. P., Bracken, Brown and Niehoff, JJ., concur.

(October 31, 1983)

■ JOHN BORSEY, Appellant, v STATE OF NEW YORK, Respondent. — Appeal from an order of the Court of Claims (McCabe, J.), dated February 16, 1983, which denied claimant's application to file a late notice of claim. Order affirmed, without costs or disbursements. Under the circumstances of this case, the Court of Claims did not abuse its discretion in denying the instant application (Court of Claims Act, § 10, subd 6; see, generally, *Malek v State of New York,* 92 AD2d 659). Damiani, J. P., Mangano, Gulotta and Brown, JJ., concur.